890 A.2d 946

IN THE MATTER OF SONIA D. HARRIS, AN ATTORNEY
AT LAW (ATTORNEY NO. 009441987).

February 16, 2006.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–201, recommending the disbarment of **SONIA D. HARRIS**, formerly of **EAST ORANGE**, who was admitted to the bar of this State in 1987, and who thereafter was suspended from the practice of law pursuant to *Rule* 1:20–13(b) by Order of the Court filed May 18, 2000, and who remains suspended at this time;

And the recommendation of disbarment having been based on the knowing misappropriation of entrusted funds and respondent's conviction of money laundering, conspiracy to commit money laundering, theft by deception, and conspiracy to commit theft by deception, conduct in violation of *RPC* 4.1 (false statement of material fact or law to a third person or failure to disclose a material fact to a third person when disclosure is necessary to avoid assisting a criminal or fraudulent act by a client), *RPC* 8.4(b) (criminal act that reflects adversely on a lawyer's honesty, trustworthiness, or fitness as a lawyer), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **SONIA D. HARRIS** having failed to appear on the return date of the Order to Show Cause issued in this matter, or to respond to the Court's offer to have counsel appointed for her by reason of her incarceration;

And good cause appearing;

It is ORDERED that **SONIA D. HARRIS** be disbarred, effective immediately, and that her name be stricken from the roll of attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **SONIA D. HARRIS** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **SONIA D. HARRIS**, pursuant to *Rule* 1:21–6, which were restrained from disbursement except on application to this Court, for good cause shown, by Order of the Court filed May 18, 2000, shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further Order of this Court; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.